To: The Criminal Court appeal
Abel Acosta Court Clerk

10-5-2015
50,563-08

From: Orvis Wayne Porter
# 0151565
Jack, Harwell Jail
3101 E. Marlin Hwy
Waco, Texas 76705

W10-24557-J (B)

Have my case been foward to the — Criminal court appeal from Dallas County court yeat? Judge Gracie Lewis - criminal district court 3, Dallas county? court phone (214) 653-5922 Could please let me know anything, thank you!

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 09 2015
Abel Acosta, Clerk